NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS J. YORKEY,**
*Appellant,*

v.

**MOHAMED K. DIAB, ESMAIEL KIANI-AZRBAYJANY, IBRAHIM M. ELFADEL, REX J. MCCARTHY, WALTER M. WEBER, AND ROBERT A. SMITH,**
*Appellees.*

---

2011-1360
(Interference No. 105,471)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Thomas J. Yorkey moves without opposition for leave to include in the appendix in their entirety two memoranda concerning Yorkey's Priority Motion 5 filed with the United States Patent and Trademark Office Board of Patent Appeals and Interferences.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Laurence S. Rogers, Esq.
Joseph R. Re, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 6 2011**

**JAN HORBALY**
**CLERK**